David R. Reed (No. 62479)
Attorney at Law (Automatictrials@yahoo.com)
3699 Wilshire Blvd, Suite 850
Los Angeles, California  90010
Telephone (310) 854-5246
Facsimile (760) 619-2479

Attorney for Defendant
KIMBERLY ALBERTI

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KIMBERLY ALBERTI,<br><br>Defendant. | Case No.  ED CR 12-57 VAP #6<br><br>**NOTICE OF ERRATA: UNOPPOSED APPLICATION WITHDRAWING MOTION AND EXHIBITS: DOC # 107, AS THE REDACTIONS WERE INSUFFICIENT; REQUEST FOR ORDER WITHDRAWING THIS PLEADING FROM THE ECF SYSTEM TO BE REPLACED BY A SUFFICIENTLY REDACTED MOTION** |

To: the Clerk of the Above Entitled Court and A.U.S.A. Ami Sheth:

Counsel David R. Reed filed Doc #107, Defendant Kimberly Alberti's Motion to Dismiss which was supported by exhibits which contained insufficiently blackened redactions.  Both the government and Counsel Reed request that this electronic pleading (Doc #107) be removed from the ECF system immediately.  It will be replaced by an identical motion but one which has sufficiently redacted exhibits.

                                                            Respectfully Submitted,

                                                            /S/ David R. Reed

Dated: November 6, 2012           By_____
                                                            David R. Reed for Ms. Alberti