[ Reset Form ]

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**ORIGINAL**

## CASE SUMMARY

*(FILED stamp: 2013 NOV 20 PM 2:37, CLERK U.S. DISTRICT COURT, CENTRAL DISTRICT OF CALIF., RIVERSIDE, BY ___)*

Case Number  ED CR 12-00057 (A) -VAP  
U.S.A. v.  Paul Edward Bell  
[✓] Indictment      [ ] Information  

Defendant Number  1  
Year of Birth  1984  
Investigative agency (FBI, DEA, etc.)  FBI  

**NOTE: All items are to be completed. Information not applicable or unknown shall be indicated as "N/A."**

### OFFENSE/VENUE

a. Offense charged as a :

[ ] Misdemeanor      [ ] Minor Offense      [✓] Felony  
[ ] Petty Offense    [ ] Class B Misdemeanor  

b. Date of Offense  January to August 2011  
c. County in which first offense occurred  
Riverside and Los Angeles County  
d. The crimes charged are alleged to have been committed in:

CHECK **ALL** THAT APPLY

[✓] Los Angeles       [ ] Ventura  
[ ] Orange            [ ] Santa Barbara  
[✓] Riverside         [ ] San Luis Obispo  
[ ] San Bernardino    [ ] Other: _____  

Citation of Offense  18 U.S.C. §§ 1594(c); 1591(a)(1); and 922(g)(1)

### RELATED CASE

Has an indictment or information involving this defendant and the same transaction or series of transactions been previously filed and dismissed before trial?  [✓] No   [ ] Yes

IF YES   Case Number _____

Pursuant to Section 11 of General Order 08-05, criminal cases may be related if a previously filed indictment or information and the present case:

a. arise out of the same conspiracy, common scheme, transaction, series of transactions or events; or

b. involve one or more defendants in common, and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by different judges.

Related case(s), if any: **MUST MATCH NOTICE OF RELATED Case** _____

### PREVIOUSLY FILED COMPLAINT

A complaint was previously filed on: N/A  
Case Number _____  
Charging _____  

The complaint:   [ ] is still pending  
[ ] was dismissed on: _____

### PREVIOUS COUNSEL

Was defendant previously represented?  [ ] No   [✓] Yes

IF YES, provide, Name:  David Israel Wasserman and Jeff Aaron  
Phone Number: _____

### COMPLEX CASE

Are there 8 or more defendants in the Indictment/Information?  
[ ] Yes*      [✓] No

Will more than 12 days be required to present government's evidence in the case-in-chief?  
[✓] Yes*      [ ] No

*AN ORIGINAL AND 1 COPY (UNLESS ELECTRONICALLY FILED) OF THE NOTICE OF COMPLEX CASE MUST BE FILED 2 BUSINESS DAYS BEFORE THE ARRAIGNMENT IF EITHER YES BOX IS CHECKED.

### Superseding Indictment/Information

**IS THIS A NEW DEFENDANT?**   [ ] Yes   [✓] No

This is the  1st  superseding charge, i.e. 1st, 2nd.

The superseding case was previously filed on: August 1, 2012

Case Number  ED CR 12-00057-VAP

The superseded case:

[✓] is still pending before Judge/Magistrate Judge

Judge Virginia A. Phillips

[ ] was previously dismissed on _____

Are there 8 or more defendants in the superseding case?  
[✓] Yes*      [ ] No

Will more than 12 days be required to present government's evidence in the case-in-chief?  
[ ] Yes*      [ ] No

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CASE SUMMARY

Was a Notice of Complex Case filed on the Indictment or Information?
- [ ] Yes
- [✓] No

*AN ORIGINAL AND 1 COPY OF THE NOTICE OF COMPLEX CASE MUST BE FILED 2 BUSINESS DAYS BEFORE THE ARRAIGNMENT IF EITHER YES BOX IS CHECKED.

Is an interpreter required?  [ ] YES  [✓] NO
IF YES, list language and/or dialect: _____

**OTHER**
- [✓] Male      [ ] Female
- [✓] U.S. Citizen   [ ] Alien

Alias Name(s) "J-Roc," "Jay-Roc," "Best Choice," "Jay the Truth," Rich Rollin," and "Jay Rich"

This defendant is charged in:  [✓] All counts
- [ ] Only counts: _____
- [ ] This defendant is designated as "High Risk" per 18 USC § 3146 (a)(2) by the U.S. Attorney.
- [ ] This defendant is designated as "Special Case" per 18 USC § 3166 (b)(7).

Is defendant a juvenile?   [ ] Yes  [✓] No
IF YES, should matter be sealed?   [ ] Yes  [ ] No

The area of substantive law that will be involved in this case includes:
- [ ] financial institution fraud
- [ ] public corruption
- [ ] government fraud
- [ ] tax offenses
- [ ] environmental issues
- [ ] mail/wire fraud
- [ ] narcotics offenses
- [ ] immigration offenses
- [✓] violent crimes/firearms
- [ ] corporate fraud
- [ ] Other: _____

**CUSTODY STATUS**

Defendant is **not** in custody:
a. Date and time of arrest on complaint: _____
b. Posted bond at complaint level on: _____
   in the amount of $ _____
c. PSA supervision?   [ ] Yes  [ ] No
d. Is a Fugitive        [ ] Yes  [ ] No
e. Is on bail or release from another district: _____

f. [ ] Has not been arrested but will be notified by summons to appear.
g. Warrant requested.   [ ] Yes  [ ] No

Defendant is **in** custody:
a. Place of incarceration:   [ ] State   [✓] Federal
b. Name of Institution: _____
c. If Federal: U.S. Marshal's Registration Number: _____
d. [✓] Solely on this charge. Date and time of arrest: _____
e. On another conviction:   [ ] Yes  [✓] No
   IF YES:  [ ] State   [ ] Federal   [ ] Writ of Issue
f. Awaiting trial on other charges:   [ ] Yes  [✓] No
   IF YES:  [ ] State   [ ] Federal   AND
   Name of Court: _____
Date transferred to federal custody: _____
This person/proceeding is transferred from another district pursuant to F.R.CrP.  ___20___  ___21___  ___40___

**EXCLUDABLE TIME**

Determinations as to excludable time prior to filing indictment/information. EXPLAIN: _____

Date    11/20/2013

Signature of Assistant U.S. Attorney
AMI SHETH
Print Name