ANDRÉ BIROTTE JR.
United States Attorney
ANTOINE F. RAPHAEL
Assistant United States Attorney
Chief, Riverside Branch office
AMI SHETH
Assistant United States Attorney
California Bar Number 268415
     3403 Tenth Street, Suite 200
     Riverside, California 92501
     Telephone: (951) 276-6228
     Facsimile: (951) 276-6237
     E-mail: Ami.Sheth@usdoj.gov

MICHAEL W. GRANT
Trial Attorney
United States Department of Justice
California Bar Number 227682
     1400 New York Avenue, NW, Suite 6000
     Washington, D.C. 20005
     Telephone:  (202) 307-1982
     E-mail:  Michael.grant@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ED CR. No. 12-00057(A)-VAP |
|---|---|
| Plaintiff, | |
| v. | JOINT PROPOSED SUMMARY OF THE CASE |
| PAUL EDWARD BELL, <br> aka "J-Roc," <br> aka "Jay-Roc," <br> aka "Best Choice," <br> aka "Jay the Truth," <br> aka "Rich Rollin," <br> aka "Jay Rich," | TRIAL DATE: January 7, 2014 <br> TIME:  9:00 a.m. <br> PLACE: Courtroom of the Hon. Virginia A. Phillips |
| Defendant. | |

Plaintiff United States of America, by and through its

counsel of record and defendant Paul Edward Bell, through his

counsel of record, hereby propose the following Summary of the Case be read to the jury in the above captioned matter.

Dated:   January 2, 2014           Respectfully submitted,

                                   ANDRÉ BIROTTE JR.
                                   United States Attorney

                                   ANTOINE F. RAPHAEL
                                   Assistant United States Attorney
                                   Chief, Riverside Branch Office

                                    /s/ *Ami Sheth*
                                   AMI SHETH
                                   Assistant United States Attorney
                                   Attorney for Plaintiff
                                   United States of America


                                    /s/ *Michael W. Grant*
                                   MICHAEL W. GRANT
                                   Trial Attorney
                                   U.S. Department of Justice
                                   Attorney for Plaintiff
                                   United States of America

                                   SEAN K. KENNEDY
                                   Federal Public Defender

                                    /s/ *Jeffrey A. Aaron*
                                   JEFFREY A. AARON
                                   Deputy Federal Public Defender
                                   Attorney for Paul Bell

                                    /s/ *David I. Wasserman*
                                   DAVID I. WASSERMAN
                                   Deputy Federal Public Defender
                                   Attorney for Paul Bell

JOINT SUMMARY OF THE CASE

In summary, the government alleges in Count One of the First Superseding Indictment that from around 2011 and continuing to around 2012, in Los Angeles and Riverside counties, defendant Paul Edward Bell engaged in a sex trafficking conspiracy with other individuals, whereby Mr. Bell and others would recruit, transport, harbor and employ females to engage in prostitution activities resulting in a financial benefit to Mr. Bell and other members of the conspiracy. The government also alleges that some of these females were minors (under the age of 18 years) and that Mr. Bell knew or recklessly disregarded that fact.  Furthermore, the government alleges that Mr. Bell used force, fraud, and coercion to cause the females to work for Bell and others as prostitutes.  Specifically, in Counts Two through Five of the Indictment, the government alleges that Mr. Bell caused four females, all of whom had not yet attained the age of 18 years, with the initials T.S., S.C., A.D., and Y.S. to engage in prostitution activities for which Mr. Bell and others received financial benefit, and that Mr. Bell knew, or recklessly disregarded the fact, that they were under the age of 18, and that Mr. Bell used force, fraud, and coercion to cause them to work for him and others as prostitutes.

[Furthermore, the parties agree that Mr. Bell was previously convicted of a felony for which he received a term of imprisonment exceeding one year.  The government further alleges, in Count Six of the Indictment, that after having been

1

convicted of the felony, Mr. Bell illegally possessed a firearm that had previously traveled in interstate or foreign commerce.]*

Mr. Bell denies all the charges and has entered pleas of not guilty.

*The bracketed portion should not be read if defendant Paul Edward Bell pleads guilty to Count Six if the First Superseding Indictment.

[END OF JOINT SUMMARY OF THE CASE]